AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| SunTrust Mortgage, Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> State Bank of Illinois <br><br> *Defendant(s)* | Civil Action No. 3:12CV591 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  State Bank of Illinois
600 E. Washington Street
West Chicago, IL 60185
SERVE: Daniel Eichelberger, Executive VP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Scott Bruggemann, Esq.
Wolfe & Wyman LLP
901 E. Byrd St., Ste. 1105
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

*CLERK OF COURT*

Date: AUG 17 2012

*Signature of Clerk or Deputy Clerk*